IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI



FILED

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO. 4:15CR063

CORTEZ KEWANE DAVIS

18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 29, 2015, in the Northern District of Mississippi, CORTEZ KEWANE DAVIS, defendant, did knowingly make a false written statement in connection with the acquisition of a firearm from a licensed firearms dealer which was likely to deceive said firearms dealer with regard to the lawfulness of the sale and disposition of the firearm, in violation of Title 18, United States Code, Section 922(a)(6), that is the defendant submitted an ATF Form 4473 while purchasing a firearm from a licensed firearm dealer falsely declaring that he had not been previously convicted of a felony offense when in truth and in fact, he knew that he had been previously convicted of a felony, and as such was prohibited from purchasing and possessing firearms.

### COUNT TWO

On or about February 6, 2015, in the Northern District of Mississippi, CORTEZ KEWANE DAVIS, defendant, having previously been convicted in a court of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely a SCCY Industries, model CPX-2, 9mm caliber semi-automatic pistol, in and

affecting interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
UNITED STATES ATTORNEY

/s/ *Signature Redacted*
FOREPERSON